UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
CHRISTOPHER LAMONT EDMONDS ) Chapter 13
LETICIA DENISE ANN EDMONDS ) Case No. 17-10957
DEBTOR(S) )

### ORDER GRANTING MOTION TO AMEND ORDER OF CONFIRMATION

**THIS MATTER**, having come before the Court pursuant to Debtors' Motion to Amend Order of Confirmation, and the Court being otherwise fully and sufficiently advised;

**IT IS HEREBY ORDERED** that the Order of Confirmation be amended as follows:

| | Creditor | Secured | Unsecured |
|---|---|---|---|
| #1-1 | USDA | to be paid outside plan except arrearage of $16,232.58 at 7.25% interest | |

TENDERED BY:

/s/ Robert E. Ison
Robert E. Ison
ISON & CAVANAH, LLP
612 South Main Street
P.O. Box 648
Hopkinsville, KY 42241
Telephone:   (270) 886-8272
Facsimile:   (270) 885-5207
Email:   bison@kihtlaw.com
              tcoombs@kihtlaw.com
*Counsel for Debtors*

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated:  December 13, 2017